FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 25 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. JACQUELINE MARIA OTTO DEFENDANT(S). | CASE NUMBER SA16-488M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _____, IT IS ORDERED that a detention hearing is set for ____Wednesday____, _Oct. 26, 2016_, at __2:00__ ☐a.m. / ☒p.m. before the Honorable _Jay C. Gandhi_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __October 25, 2016__      _____/s/ Jay C. Gandhi_____
Jay C. Gandhi, U.S. Magistrate Judge